**Opinion issued August 25, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00684-CR

———————————

### IN RE TED LAWRENCE ROBERTSON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ted Lawrence Robertson, proceeding *pro se* and incarcerated, has filed a petition for writ of mandamus seeking to compel the respondent trial judge to vacate his February 11, 2009 judgment *nunc pro tunc*, contending that it was void because relator was not provided with notice or the opportunity to be heard before the signing of the judgment and because the error in the original judgment,

if any, constitutes judicial error, not clerical error.[1]  On September 4, 2014, we denied relator's petition for writ of mandamus seeking identical relief as that sought in this petition.  *See In re Ted Lawrence Robertson*, No. 01-14-00466-CR, 2014 WL 4374124, at *3 (Tex. App.—Houston [1st Dist.] Sept. 4, 2014, orig. proceeding [mand. denied]) (per curiam) (mem. op., not designated for publication).  On January 28, 2015, after relator had sought review of this Court's denial of his mandamus petition, the Court of Criminal Appeals denied relator's motion for leave to file a writ of mandamus without order.  *See In re Ted Lawrence Robertson*, WR-29,520-19.

Accordingly, we **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).  We **dismiss** any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]  The underlying case is *State of Texas v. Ted Lawrence Robertson*, Cause No. 940376, in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.  On December 30, 2004, this Court affirmed relator's conviction.  *See Robertson v. State*, 175 S.W.3d 359, 361 (Tex. App.—Houston [1st Dist.] 2004, pet. ref'd).